## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
## WESTERN DIVISION

Daneta Wollmann United States Magistrate Judge Presiding

| | |
|---|---|
| Courtroom Deputy - SRC | Court Reporter – FTR |
| Courtroom - RC #2 | Date: November 30, 2020 |
| U.S. Probation Officer – Not Present | |

5:20-cr-50122-01

| | |
|---|---|
| United States of America | Megan Poppen |
| Plaintiff, | |
| vs. | |
| George Dull Knife | Greg Strommen |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 2:00 p.m.
TIME:

1:59 p.m.   Enter <u>initial appearance and arraignment</u> before the Honorable Daneta Wollmann.

        The Court notes the appearance of counsel. The defendant is present via video.
        The defendant waives his right to have all parties present in the courtroom.
        The defendant informed of his rights, the allegations against him, and the maximum possible penalties.

        Ms. Poppen reads the charges contained in the Indictment.

        A financial affidavit has been executed and will be filed with the Court.
        The Court enters an order appointing CJA Attorney, George Strommen, to represent the defendant.

        Comes now, George Dull Knife, and enters a plea of not guilty to the charges contained in the Indictment.

        Ms. Poppen requests detention.
        Mr. Strommen requests release.

        The Court declines to reopen the detention hearing. The order of detention entered in the District of Oregon will remain in place.

2:09 p.m.   Court is adjourned.