UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GEORGE DULL KNIFE,<br><br>　　　　Defendant. | 5:20-CR-50122-JLV-01<br><br><br>ORDER FOR STATUS HEARING |

　　　Defendant George Dull Knife filed a Motion to Dismiss (Doc. 109) arguing that the Indictment should be dismissed because the prosecution failed to allow Mr. Dull Knife time to review discovery material to prepare for trial.  Mr. Dull Knife also alleges a <u>Brady</u> violation.  On August 5, 2021, the court entered an Amended Order setting forth a procedure wherein stand-by counsel was ordered to assist Mr. Dull Knife with access to discovery.  The court hereby sets a status hearing for November 3, 2021, at 1:20 p.m.  The United States will be required to identify the Bates numbers of the discovery that was provided to stand-by counsel.

　　　DATED this 19th day of October, 2021.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　_/s/ Daneta Wollmann_____
　　　　　　　　　　　　　　　　　DANETA WOLLMANN
　　　　　　　　　　　　　　　　　United States Magistrate Judge