UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE DULL KNIFE,<br><br>Defendant. | 5:20-CR-50122-JLV-01<br><br>REPORT AND RECOMMENDATION |

On August 20, 2021, Defendant George Dull Knife filed a Motion to Dismiss arguing that dismissal is appropriate due to certain discovery violations. (Doc. 109). At the time the motion was filed, Mr. Dull Knife was proceeding *pro se.* The court scheduled a hearing on motion and directed the government to identify the discovery which had been turned over. Subsequent to filing the motion, Mr. Dull Knife requested that his standby counsel be appointed as full-time counsel, and the court granted the motion. The court held a hearing on the motion on November 3, 2021. The government described the discovery materials which have previously been provided. At the hearing, defense counsel indicated that the court's need to rule on the motion and the issues raised therein are moot, since he has received discovery in the matter.

Now therefore, this court recommends that the Motion to Dismiss (Doc. 109) be denied as moot.

DATED this 4th day of November, 2021.

BY THE COURT:

*/s/ Daneta Wollmann*

DANETA WOLLMANN
United States Magistrate Judge