UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20-50122 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| GEORGE DULL KNIFE, | |
| Defendant. | |

The Defendant states the following facts are true, and the parties agree they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Federal Rule of Criminal Procedure 11(b)(3):

On August 5, 2020, near Kyle, South Dakota, in Indian country, the Defendant, George Dull Knife, intentionally discharged a firearm several times at a vehicle occupied by KT Burgee and Carmen Burgee as the vehicle drove away from Dull Knife's residence and toward BIA 2. Multiple rounds struck the vehicle, and one round struck Carmen Burgee's right hand. At the time Dull Knife fired into the vehicle, he intended to cause bodily harm to KT Burgee or Carmen Burgee.

The Defendant is an Indian person under the provisions of 18 U.S.C. § 1153 in that he is eligible for enrollment with the Oglala Sioux Tribe. The offense occurred near Kyle, South Dakota, which is within the exterior boundaries of the Pine Ridge Reservation. This location is "Indian country" within the provisions of 18 U.S.C. §§ 1151 and 1153.

DENNIS R. HOLMES
~~Acting~~ United States Attorney

_1-5-22_
Date

_/s/ L. Keser (for)_
Heather Sazama
Assistant United States Attorney
515 9th Street #201
Rapid City, SD 57701
Telephone: (605)342-7822
Facsimile: (605)342-1108
E-Mail: Heather.Sazama@usdoj.gov

_1/3/22_
Date

GEORGE DULL KNIFE
Defendant

_1/3/22_
Date

STEPHEN DEMIK
Attorney for Defendant

2