# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# WESTERN DIVISION

Daneta Wollmann United States Magistrate Judge Presiding

| | |
|---|---|
| Courtroom Deputy - SRC | Court Reporter – FTR |
| Courtroom - RC #2 | Date – January 11, 2022 |
| U.S. Probation Officer – Not Present | |

**5:20-cr-50122-01**

| | |
|---|---|
| United States of America | Heather Sazama |
| Plaintiff, | |
| vs. | |
| George Dull Knife | Stephen Demik |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 1:20 p.m.
TIME:

1:21 p.m.    Enter Change of Plea Hearing before the Honorable Daneta Wollmann.

The Court notes the appearance of counsel. The defendant is present in custody. The Court administers the oath to the defendant.

The Court questions the defendant, reviews the plea agreement, and informs the defendant of her rights and the maximum possible penalties.

Ms. Sazama reads the charge contained in Count 3 of the Indictment.

Comes now, George Dull Knife, and enters a guilty plea to Count 3 of the Indictment. The Court reviews the essential elements of the offense and the factual basis statement with the defendant.

The Court finds that the defendant is competent and capable of entering an informed plea, is aware of the nature of the charges and consequences of the plea, that the plea is knowing and voluntary and is supported by an independent basis in fact containing each of the essential elements of the offense, and recommends that the defendant shall be adjudged guilty of the offense.

1:35 p.m.    Court is adjourned