UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE DULL KNIFE,<br><br>Defendant. | 5:20-CR-50122-JLV-01<br><br>CONSENT AND WAIVER |

Pursuant to 28 U.S.C. § 636(b)(1) and (3), I, George Dull Knife, hereby expressly consent that United States Magistrate Judge Daneta Wollmann may preside over my guilty plea proceeding and accept my guilty plea, and issue a report and recommendation to the District Court as provided by 28 U.S.C. § 636(b)(1). Further, I expressly waive my right to object to the report and recommendation.

1/11/22
Date

x _G. Dull Knife_
Defendant

1/11/22
Date

_[signature]_
Attorney for Defendant

*********************************************************************

Consented to and waived by United States:

_Heather Sazama_
Signature

Heather Sazama, AUSA
Name and Title