**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**

Jeffrey L. Viken United States District Judge Presiding

Courtroom Deputy - KLE
Courtroom - RC #1
U.S. Probation Officer – Breanna Rhodes

Court Reporter – Sheri Not Help Him
Date – August 29, 2022

5:20-cr-50122-01

| | |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>vs.<br><br>George Dull Knife<br><br>Defendant. | Heather Sazama<br><br><br><br><br><br>Stephen Demik |

TIME HEARING SCHEDULED TO BEGIN: 1:30 p.m.

TIME:

1:33 p.m. Enter contested sentencing hearing

Sentence: 72 month's imprisonment, 3 years' supervised release and $100 VAF

Restitution deferred for 90 days

The Court advises the defendant of his appeal rights

Upon government motion, the Court dismisses the remaining counts

2:48 p.m. Court Adjourned.